# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

YVETTE GRIFFIN

VERSUS

DUTCH PHYSICAL THERAPY, INC,
PHILLIPE VEETERS, AMERICAN
CASUALTY CO. OF READING
PENNSYLVANIA (POLICY NO.:
0140231655) AMERICAN
CASUALTY CO. OF READING,
PENNSYLVANIA (POLICY NO.:
04216107318)

NO.  2024 CW 0345

**JUNE 17, 2024**

---

In Re:   Yvette Griffin, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge,
         No. 694529.

---

**BEFORE:   GUIDRY, C.J., McCLENDON AND WELCH, JJ.**

**WRIT GRANTED WITH ORDER.** The district court's April 11,
2024 judgment, which granted the Exception of Prescription filed
by defendants, Phillippe Veeters and Dutch Physical Therapy,
Inc., granted the Exception of Prescription filed by defendant,
American Casualty Company of Reading, Pennsylvania, and
dismissed the claims of plaintiff, Yvette Griffin, against all
defendants with prejudice, is a final appealable judgment. See
La. Code of Civ. P. art. 1841. Therefore, the writ is granted
for the limited purpose of remanding the case to the district
court with instructions to grant plaintiff, Yvette Griffin, an
appeal pursuant to the pleading that notified the district court
of her intention to seek writs. See **In Re Howard**, 541 So.2d 195,
197 (La. 1989) (per curiam). A copy of this court's order is to
be included in the appellate record.

                         **JMG**
                         **PMc**
                         **JEW**

COURT OF APPEAL, FIRST CIRCUIT

_a.saℓ_
DEPUTY CLERK OF COURT
     FOR THE COURT